IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

WILLIE JOE KELLUM,                    )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )   Case No. CV-95-N-690-NE
                                      )
EDWARD K. MOORE,                      )
                                      )
            Defendant.                )

MEMORANDUM OPINION

        The magistrate judge filed his report and recommendation

in the above-styled cause on October 23, 1997, proposing certain

findings of fact and conclusions of law following an evidentiary

hearing.  Petitioner, by and through counsel, filed his objections

to the report and recommendation on November 7, 1998.  Addition-

ally, plaintiff's counsel filed a memorandum brief on January 30,

1998, which the court will deem to be in the nature of objections.

        Having now carefully considered de novo all the materials

in the court file, including the magistrate judge's report and

recommendation and the petitioner's objections thereto, as well as

the transcript of the evidentiary hearing, the court is of the

opinion that the proposed findings of fact and conclusions of law

contained in the magistrate judge's report are due to be and are

hereby ADOPTED and ACCEPTED as the court's own findings and

conclusions.  Plaintiff's objections are OVERRULED.  By a separate document, pursuant to Rule 59 of the Federal Rules of Civil Procedure, the court will enter final judgment in favor of the plaintiff and against the plaintiff.

DATED this the ___7th___ day of April, 1998.


EDWIN L. NELSON
U.S. DISTRICT JUDGE

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Miguel J. Cortez                                              In Replying Give Number
Clerk                                                        Of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

———————

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that all prisoners pay the Court's $100 docket fee plus $5 filing fee (for a total of $105) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1)     Pay the total $105 fee to the clerk of the district court from which this case arose; *or*

(2)     arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $105 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $105 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, **but the total $105 fee will be assessed against and will be deducted from future deposits to your prison account**.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $105 fee is collected, even if an appeal is unsuccessful.

MIGUEL J. CORTEZ
Clerk

PLRA Notice
Rev.: 6/96